IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRANK DOMINIC DUNDEE, ) | Case No. 1:22-cv-1351 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE DAN AARON POLSTER |
| v. ) | |
| ) | |
| UNIVERSITY HOSPITAL HEALTH ) | **ORDER** |
| SYSTEMS, INC, ) | |
| ) | |
| Defendant. ) | |

On October 21, 2022, plaintiff filed a motion to transfer venue requesting a more convenient forum for traveling to and from court.  ECF Doc. 5.  Upon due consideration, the Court DENIES plaintiff's motion.  Due to COVID-19, the Court has been conducting most of its civil proceedings via Zoom.  The Court plans to continue doing so for this case, and plaintiff will likely not be required to travel to Court for in-person proceedings.  If, after the Court rules on dispositive motions, it appears that plaintiff *will* be required to attend in-person court proceedings, the Court will permit plaintiff to renew his motion at that time.

IT IS SO ORDERED.

Dated: November 3, 2022

*s/Dan Aaron Polster*
United States District Judge