# EXHIBIT A
# TO DEFENDANT'S MOTION FOR
# SUMMARY JUDGMENT

## OHIO CIVIL RIGHTS COMMISSION
## CHARGE OF DISCRIMINATION (EMPLOYMENT)                  ALH

OCRC Case Number:   CLE B4 (44821) 08222018

EEOC Case Number:

| | |
|---|---|
| Your Name | Company Name |
| Frank Dundee | University Hospitals Geauga Medical |
| Your Street Address | Company Street Address |
| 7707 Amberwood Trail | 13207 Ravenna Rd |
| City, State and Zip | City, State and Zip |
| Boardman. Ohio 44512 | Chardon, Ohio 44024 |
| Telephone Number | County  (if located in Ohio) |
| 3303988274 | Geauga |
| Alternate Number  (Optional) | Telephone Number |
| 3307262662 | 4402856000 |
| Email Address  (Optional) | # of Employees        Date of Hire |
| fdundee@gmail.com | 28.000                   5/1/2010 |

RECEIVED

SEP 0 6 2018

OCRC - INTAKE
CLEVELAND

Dates of Discrimination (MM/DD/YYYY):  3/21/2018 thru 8/21/2018

I was discriminated on the basis of :

Race/Color

Sex

✓  Disability (DO NOT LIST DISABILITY)

Age (over 40 years old only)

Religion

National Origin/Ancestry

Military Status

Retaliation (for protesting discrimination)

Please identify how you are a member of the category you marked on the left: (If you marked AGE, please list your BIRTH DATE.  If you have marked DISABILITY, DO NOT IDENTIFY your disability.)
I have a disability

RECEIVED

AUG 2 2 2018

OCRC - INTAKE
CLEVELAND

**Please read and review the following:**

I have not commenced with any action under sections 4112.14 or 4112.02(N) of the Ohio Revised Code with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award or financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

   I am filing a charge alleging AGE DISCRIMINATION and I have read and understand the above information.

   ⊙  I am NOT filing a charge alleging AGE DISCRIMINATION and this does not apply to me.

Page: 1 of 4

DEFENDANT'S
EXHIBIT
8

PENGAD 800-631-6989

UH-Dundee 0276

Charging Party:  Frank Dundee                                                    ALH

Case Number:  CLE B4 (44821) 08222018

## Act of Discrimination #1

Date of Discrimination (MM/DD/YYYY):  08/21/2018

| I was subjected to (mark only one issue): | I believe it was because of my: |
|---|---|
| a denial of promotion | Race/Color |
| a forced resignation | Sex |
| demotion ✓ | Disability |
| denial of hire | Age |
| ● denial of a reasonable accommodation | Religion |
| different terms and conditions of employment | National Origin/Ancestry |
| discharge/termination | Military Status |
| discipline | Protected activity (retaliation) |
| harassment/sexual harassment | |
| layoff | |
| other | |

RECEIVED
SEP 0 6 2018
OCRC - INTAKE
CLEVELAND

If you have marked "other", please briefly describe the discriminatory act:

RECEIVED
AUG 2 2 2018
OCRC - INTAKE
CLEVELAND

The reason given by the company for this action is:
The company, University Hospitals, refused to informally discuss my request(s) for a reasonable accommodation, even though my disability is obvious, forcing me to comply with their internal policy which violates Title I of the ADA rules on reasonable accommodation.

I was given this reason by (name and position):
Debbi Templin, CPDM, ARM Director, Disability & Occupational Risk Control Services, Heather Harmon, JD, PHR, SHRM-CP, Vice President, Human Resources & Organizational Development University Hospitals

I am aware of others treated more favorably than me including:
Lisa Farah

I believe that this was discrimination because:
I am perceived as a troublesome employee, in spite of the fact that my job performance is exemplary, both objectively and subjectively, when compared across all University Hospitals facilities. I believe this discrimination is retaliation for speaking truth to power; for making a complaint to OSHA and complaints to the EEOC, over a period of years. Because of this, my request for reasonable accommodation was rejected without discussion, through an internal University Hospitals policy.

Page: 2 of 4

UH-Dundee 0277

Charging Party:     Frank Dundee                                        ALH

Case Number:   CLE B4 (44821) 06222018

Act of Discrimination #2 (Optional)

Date of Discrimination (MM/DD/YYYY):

I was subjected to (mark only one issue):          I believe it was because of my:

     a denial of promotion                                      Race/Color

     a forced resignation                                        Sex

     demotion                                                        Disability

     denial of hire                                                 Age

     denial of a reasonable accommodation          Religion

     different terms and conditions of employment   National Origin/Ancestry

     discharge/termination                                     Military Status

     discipline                                                       Protected activity (retaliation)

     harassment/sexual harassment

     layoff

     other

If you have marked "other", please briefly describe the discriminatory act:

RECEIVED

SEP 0 6 2013

OCRC - INTAKE
CLEVELAND

The reason given by the company for this action is:

RECEIVED

AUG 2 2 2013

OCRC - INTAKE
CLEVELAND

I was given this reason by (name and position):

I am aware of others treated more favorably than me including:

I believe that this was discrimination because:

UH-Dundee 0278

Charging Party:  Frank Dundee                                    ALH

Case Number:  CLE B4 (44821) 08222018

**Please check to indicate you have read and agreed to the statements below.**

✔     I understand that I will not be able to sign this form on-line.  A copy will be mailed out to me for a
      notarized signature. An investigation will not begin until the Ohio Civil Rights Commission
      receives a signed and notarized charge from me.

✔     I declare under penalty of perjury that I have read the above charge and that it is true to the best
      of my knowledge, information and belief. I will advise the agency/agencies if I change my
      address or telephone number and that I will cooperate fully in the processing of my charge in
      accordance to their procedures.

_____          _____
Charging Party                                        Date

Subscribed and sworn to before me on this _2ⁿᵈ_ day of _September_ of 20 _18_

_____, Esq.
OCRC Representative or Notary
Philip M. Snyder, Esq.
Attorney At Law, OH 0071672
Notary Public, state of Ohio
My commission has No
expiration date §147.03 R.C.

RECEIVED
SEP 0 6 2018
OCRC - INTAKE
CLEVELAND

RECEIVED
AUG 2 2 2018
OCRC - INTAKE
CLEVELAND

Page: 4 of 4

UH-Dundee 0279