IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK DOMINIC MR. DUNDEE, | ) | Case No. 1:22-cv-1351 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| UNIVERSITY HOSPITAL HEALTH SYSTEMS, INC, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Court's Opinion and Order and pursuant to Fed. R. Civ. P. 58, the Court enters summary judgment in favor of Defendant UH and against Plaintiff, Mr. Frank Dundee, in the captioned case. The case if formally closed.

**IT IS SO ORDERED.**

Dated: October 6, 2023

<i>s/Dan Aaron Polster</i><br>
United States District Judge

18